**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:22-cv-60649-AHS**

HOWARD COHAN,

             Plaintiff,

v.

THE GREEN MOUNTAIN CORPORATION
d/b/a PETER GLENN SKI AND SPORTS,

             Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Howard Cohan, and Defendant, The Green Mountain Corporation ("Green Mountain"), by and through undersigned counsels, hereby file this Joint Notice of Settlement to notify this Court that Plaintiff and Defendant have reached a resolution in this matter. The parties are finalizing the settlement documents and will file a Joint Stipulation of Dismissal in the near future.

The Parties therefore request this Court vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all claims will be filed within 60 days.

Dated this 12th day of May 2022.

Respectfully submitted,

| | |
|---|---|
| /s/ Jason S. Weiss | /s/ Beth S. Joseph |
| Jason S. Weiss | Beth S. Joseph |
| Jason@jswlawyer.com | Florida Bar No. 0062952 |
| Florida Bar No. 356890 | Email: beth.joseph@morganlewis.com |
| WEISS LAW GROUP, P.A. | Morgan, Lewis & Bockius LLP |
| 5531 N. University Drive, Suite 103 | 600 Brickell Avenue, Suite 1600 |
| Coral Springs, FL 33067 | Miami, FL 33131-3075 |
| Tel: (954) 573-2800 | Telephone: 305.415.3330 |
| Fax: (954) 573-2798 | Facsimile: 877.432.9652 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |