UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60649-CIV-SINGHAL

HOWARD COHAN,

    Plaintiff,

vs.

THE GREEN MOUNTAIN CORPORATION
d/b/a PETER GLENN SKI AND SPORTS,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the Joint Notice of Settlement (DE [9]) filed on May 12, 2022. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled action is administratively **CLOSED**. **The Parties shall file a stipulation for dismissal by July 13, 2022**. Failure to do so may result in dismissal of this action without further notice. In the event the parties fail to complete the expected settlement, either party may request the Court to reopen the case. Furthermore, the Court retains jurisdiction over the case until the settlement is consummated. The Clerk of Court shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 13th day of May 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF